IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS,<br><br>Plaintiffs,<br><br>v.<br><br>VARIOUS DEFENDANTS,<br><br>Defendants | This Document Relates to:<br>**Cases on the attached Exhibit "A"** |

## ORDER

This matter coming to be heard on the plaintiffs' on the attached Exhibit "A" Motion to Dismiss Actions Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that all defendants in the actions on the attached Exhibit "A" are dismissed without prejudice and without costs. This dismissal affects only the cases listed on Exhibit "A" and no other asbestos cases these plaintiffs may have. The cases shall be marked CLOSED.

Date: April 10, 2012

_____
Honorable Eduardo C. Robreno

# EXHIBIT A

| Last | First | E.D.-PA Case No. |
|---|---|---|
| Bowens | Willis | 09-CV-61837 |
| Bratz | Ronald | 10-CV-67807 |
| Britton | Phillip | 10-CV-68942 |
| Daugherty | Clarence | 09-CV-64751 |
| Dougherty | Daniel | 08-CV-89847 |
| Dubrovich | John | 10-CV-67557 |
| Duerst | Milton | 09-CV-61317 |
| Fisher | Pascal | 08-CV-92173 |
| Goetsch | Randall | 08-CV-91673 |
| Gonzalez | John | 08-CV-91053 |
| Lepp | Herman | 09-CV-61346 |
| McCracken | Larry | 09-CV-64731 |
| Miller | Albert | 08-CV-90074 |
| Mitchell | Arthur | 10-CV-67654 |
| Myers | Walter | 10-CV-69079 |
| Payne | Lynn | 08-CV-92307 |
| Renshaw | William | 10-CV-68933 |
| Reynolds | James | 08-CV-91045 |
| Rinke | Hilary | 09-CV-60364 |
| Shannon | Peter | 08-CV-90021 |
| Short | Johnnie | 08-CV-92164 |
| Studer | Bernard | 09-CV-60971 |
| Sullivan | Patrick | 09-CV-61811 |
| Van Drunen | Robert | 09-CV-61701 |

**MAILED:**

| | | |
|---|---|---|
| ANDREA COHEN | FRANCIS MORRISSEY | KRISTINE KRAFT |
| ANDREW CROSS | J. FITZGERALD | LAURA O'CONNELL |
| BILLEE WARD | JACK BLOCK | MARK RAKOCZY |
| BRIAN FIELDS | JAMES CULHANE | MICHAEL CIESLEWICZ |
| BRUCE KAMPLAIN | JAMES FIEWEGER | MICHAEL HENNIG |
| C. KOEBELE | JEFFREY SCHMECKPEP | NICOLE BEHNEN |
| CAROL TATE | JENNIFER FARDY | PETER CARLSON |
| CHRISTOPHER RAISTRICK | JEROME KRINGS | PETER HATTON |
| DANIEL CHEELY | JOEL POOLE | R. MUTH |
| DANIEL OVERBEY | JOHN DAMES | R. STOMMEL |
| DAVID BARTEL | JOHN EMERY | RICHARD BAKER |
| DAVID JONES | JOSEPH O'HARA | RICHARD BOLTON |
| DAVID MUELLER | JOSEPH SHANNON | RICHARD STEINKEN |
| DEAN PANOS | K. CAREY | ROBERT HALEY |
| DEBORAH SOLMOR | KARL KOONS | SCOTT KYROUAC |
| DENNIS DOBBELS | KENNETH GORENBERG | STEVEN CELBA |
| DEREK SMITH | KEVIN LONG | THOMAS EHRHARDT |
| DEVLIN SCHOOP | KEVIN REID | THOMAS MEYER |
| DONALD BROAD | KRISTIN ACHTERHOF | THOMAS MIXDORF |
| | | TIMOTHY UEBER |

**E-MAILED:**

| | | |
|---|---|---|
| ALLEN VAUGHAN | GERMAINE WILLETT | MITCHELL MOSER |
| AMANDA SUMMERLIN | GREGORY LYONS | NICHOLAS NIZAMOFF |
| AMIEL GROSS | J. BRADLEY | OLLIE HARTON |
| ANDREW DETHERAGE | JAMES BOYERS | PATRICK LAMB |
| BRYCE BENNETT | JAMES CARTER | PAUL O'FLAHERTY |
| C. DOUGLAS | JAMES MORRISON | PETER MARKS |
| C. EVERT | JAMIE YADGAROFF | RAYMOND MODESITT |
| CAROL ZUCKERMAN | JASON KENNEDY | REGINALD BISHOP |
| CHRISTOPHER BANASZAK | JEFFREY HEBRANK | RICHARD LAUTH |
| CHRISTOPHER LARSON | JENNIFER BLACKWELL | ROBERT LONG |
| CHRISTOPHER LEE | JENNIFER STUDEBAKER | ROBERT MCCOY |
| CLARE MAISANO | JOHN BABIONE | ROBERT RILEY |
| CRAIG LILJESTRAN | JOHN CANONI | ROBERT SCHROEDER |
| CYNTHIA LOCKE | JOHN DOUGLAS | ROBERT SPINELLI |
| DANIEL DONAHUE | JOHN FONSTAD | ROBERT SPITKOVSKY |
| DANIEL JARDINE | JOHN SEEBOHM | ROGER HEIDENREIC |
| DANIEL LONG | JOHN WALLER | RUSSELL SCOTT |
| DANIEL MANNA | JONATHAN LIVELY | SCOTT SIMPKINS |
| DANIEL MCGRATH | JONATHAN MATTINGLY | SHAWANE LEE |
| DANIEL MULHOLLAND | JOSHUA LEE | STEPHEN JENKINS |
| DANIEL O'CONNELL | KAYCE GISINGER | STEPHEN SCHWARTZ |
| DANIEL TRACHTMAN | KENT PLOTNER | SUSAN MEHRINGER |
| DAVID DOGAN | KEVIN KNIGHT | TEIRNEY CHRISTENSO |
| DAVID HENDRICKSO | KIMBERLY SARFF | THOMAS CANNON |
| DAVID SETTER | KIRK HARTLEY | THOMAS GILLIGAN |
| DAVID YBARRA | KNIGHT ANDERSON | THOMAS GONZALEZ |
| DENNIS CANTRELL | LISA DILLMAN | THOMAS HAYES |
| DONALD CARLSON | MAJA EATON | THOMAS KERNELL |
| DONALD ORZESKE | MARK FELDMANN | THOMAS TARDY |
| DOUGLAS KING | MARK TIVIN | TIMOTHY KAPSHANDY |
| DOUGLAS PROCHNOW | MARY ANN HATCH | TIMOTHY KRIPPNER |
| EDWARD CASMERE | MATTHEW FISCHER | TIMOTHY PIKE |
| EDWARD CRANE | MICHAEL BERGIN | TREVOR WILL |
| EDWARD MCCAMBRIDG | MICHAEL CASCINO | WALTER WATKINS |
| ERIC CARLSON | MICHAEL DRUMKE | WILLIAM MAHONEY |
| G. BRUCH | MICHAEL ROSENBERG | WILLIAM SMITH |
| | | WILLIS TRIBLER |

Order Dismissing Cases 4.10.12